## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA NAPOLITANO, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff(s)<br><br>    -against-<br><br>TRANSWORLD SYSTEMS, INC. and JOHN DOES 1-25,<br><br>      Defendant(s) | Civil Case No.: 3:15-CV-08287-MAS-LHG<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Jessica Napolitano, Plaintiff and Transworld Systems, Inc., Defendant through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice. The parties have also agreed that the purported non-certified class action shall be dismissed without prejudice.

Dated: August 17, 2016

*/s/ Ari H. Marcus*
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
T: 732- 695-3282
Attorneys for Plaintiff

  */s/ Ross S. Enders*
Ross S. Enders, Esq.
Sessions Fishman Nathan & Israel, LLC
2303 Oxfordshire Road
Furlong, PA 18925
Telephone: (215) 794-7207
Attorneys for Defendant

1

3245484-1